IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEO BAILEY, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-847-WHA-SMD |
| | ) [WO] |
| ANN DAVIS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On January 18, 2022, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 6. There being no objection filed to the Recommendation, and after an independent review of the file, the court concludes the Magistrate Judge's Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge Doc. 6 is ADOPTED.

2. Plaintiff's § 1983 claim against Chilton County Jail is DISMISSED with prejudice under 28 U.S.C. §1915A(b)(1).

3. Defendants Chilton County Jail is TERMINATED as a party to this action prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Chilton County Jail.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining Defendants.

Done, this 8th day of February 2022.

                                      /s/   W. Harold Albritton  
                                      W. HAROLD ALBRITTON  
                                      SENIOR UNITED STATES DISTRICT JUDGE