IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEO BAILEY, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-847-WHA-SMD |
| | ) [WO] |
| ANN DAVIS, *et al.*, | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the Defendant's Motion for Extension to file her Special Report (Doc. 8), and for good cause shown, it is

ORDERED that Defendant's Motion for Extension (Doc. 8) shall be GRANTED to and including April 3, 2022 to file her Special Report in accordance with the directives of this Court's January 3, 2022 Order (Doc. 4).

Done, this 24th day of February 2022.

/s/   Stephen Michael Doyle
STEPHEN MICHAEL DOYLE
UNITED STATES MAGISTRATE JUDGE